UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIELLE MASSE

VS.                                                        CA No.: 1:16-cv-00472-S-PAS

THE CITY OF PROVIDENCE

## ENTRY OF APPEARANCE

    I, Mario Martone, hereby enter my appearance as counsel for the Defendant, City of Providence, in the above-entitled matter.

                        Defendant
                        By its Attorney:

                        JEFFREY DANA
                        CITY SOLICITOR

                        /s/ Mario Martone
                        Mario Martone (#8221)
                        Assistant City Solicitor
                        City of Providence
                        City Solicitor's Office
                        444 Westminster Street, Suite 220
                        Providence, RI  02903
                        (401) 680-5333
                        Mmartone@providenceri.gov

## CERTIFICATION

    I hereby certify that on this 29th day of September, 2016, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

                        /s/ Mario Martone