UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIELLE MASSE

    Vs.                                                                             C.A. No. 1:16-cv-00472-S-PAS

CITY OF PROVIDENCE

## **STIPULATION**

NOW COME the parties in the above referenced matter and hereby stipulate that Plaintiff's Complaint may be dismissed with prejudice, no costs, no interest, no counsel fees to either side.

| | |
|---|---|
| Plaintiff,<br>By Her Attorneys, | DEFENDANT,<br>CITY OF PROVIDENCE,<br>By its Attorney, |
| /s/John T. Martin<br>John T. Martin BBO # 676344<br>KJC Law Firm, LLC<br>1 Exchange Place<br>Worcester, MA 01608<br>(617) 720-8447<br>jmartin@kjclawfirm.com | JEFFREY DANA<br>City Solicitor<br><br>/s/ Kevin F. McHugh<br>Kevin F. McHugh (#3927)<br>Senior Assistant City Solicitor |
| /s/ Kevin P. Braga<br>Kevin Braga (local counsel)<br>RI Bar # 8285<br>The Law Office of Kevin P. Braga<br>2095 Elmwood Avenue, Suite B<br>Warwick, RI 02888<br>kevin@kpbragalaw.com | Providence Law Department<br>444 Westminster Street, Suite 220<br>Providence, RI 02903<br>(401) 680-5333<br>(401) 680-5520 (Fax)<br>kmchugh@providenceri.gov |

Dated: April 14, 2021.